IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAIRO ROSTRAN | ) | |
| | ) | No. 3:24-cv-00942 |
| v. | ) | |
| | ) | JUDGE CRENSHAW |
| UNITED STATE OF AMERICA | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby respectfully requests that the undersigned be substituted in place of Assistant United States Attorney John Benjamin Schrader as the attorney for the Government in this case.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

*/s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Tel. (615) 736-5151

### CERTIFICATE OF SERVICE

I hereby certify that, on May 20, 2025, a true and exact copy of the foregoing document has been filed electronically with the Clerk of Court, via CM/ECF, which will automatically cause an electronic copy to be served on counsel for petitioner.

*/s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney